IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>BATTERY RECYCLING COMPANY, INC.,<br><br>      Defendant | CIVIL NO. 10-1454 (JP) |

### **FINAL JUDGMENT**

The Court has before it the parties' Stipulation for Consent Judgment (**No. 1**). Pursuant thereto, the Court **ENTERS JUDGMENT FOR THE PLAINTIFF TO HAVE AND RECOVER THE SETTLEMENT AMOUNT OF TWO HUNDRED THIRTEEN THOUSAND, THREE HUNDRED TWENTY FIVE DOLLARS ($213,325.00)** plus interest thereafter at an annual rate of 2.24% until paid in full.  The Court hereby incorporates the parties' Stipulation into this Judgment, and makes it to form part hereof for all legal purposes.  This Judgment is entered without the imposition of additional costs or attorneys' fees, beyond those provided in the Stipulation.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 16th day of June, 2010.

                                                               s/Jaime Pieras, Jr.
                                                            JAIME PIERAS, JR.
                                          U.S. SENIOR DISTRICT JUDGE